NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
CLARK HILL PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Telephone:    (702) 862-8300
Facsimile:     (702) 778-9709
NWieczorek@ClarkHill.com

Attorneys for Defendant RMI
RESOURCE MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| RUZANNA HOBOSYAN, an individual,, | Case No.:  2:26-cv-01316-APG-MDC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES AS TO RMI RESOURCE MANAGEMENT, LLC** |
| v. | |
| RMI RESOURCE MANAGEMENT, LLC, a Delaware limited liability company; KMR, LLC, a Nevada limited liability company,, | **FIRST REQUEST** |
| Defendants. | Complaint filed:  April 29, 2026 |

Plaintiff Ruzanna Hobosyan (hereinafter "Plaintiff") and Defendants RMI Resource Mangement, LLC (hereinafter "RMI"), hereby stipulate as follows:

1.  RMI's responsive pleading was due on May 26, 2026 after service was effected on May  5, 2026.

2.  On May 26, 2026, RMI requested and Plaintiff granted a fifteen (15) day courtesy extension to file RMI's responsive pleading.

3.  There have been no prior stipulated extensions. This stipulation is filed in good faith and not intended to cause delay.

///

4.  RMI's responsive pleading is now due on June 10, 2026.

Respectfully submitted May 26, 2026.

CLARK HILL PLLC                                      GREENBERG GROSS LLP


By: /s/ Nicholas M. Wieczorek          By: /s/ Marian L. Massey
    NICHOLAS M. WIECZOREK                  JEMMA E. DUNN
    Nevada Bar No. 6170                    Nevada Bar No. 16229
    1700 S. Pavilion Center Drive, Suite 500    MATTHEW T. HALE
    Las Vegas, NV 89135                    Nevada Bar No. 16880
    *Attorneys for Defendant RMI*          MARIAN L. MASSEY
    *RESOURCE MANAGEMENT, LLC*             Nevada Bar No. 14579
                                           1980 Festival Plaza Drive, Suite 730
                                           *Attorneys for Plaintiff RUZANNA*
                                           *HOBOSYAN*


ORDER

Pursuant to stipulation, Defendant RMI Resource Management, LLC is granted an

extension to respond to Plaintiff's complaint for damages through June 10, 2026.

IT IS SO ORDERED:

_____
United States Magistrate Judge Maximiliano D.
Couvillier, III

DATED:  5-28-26

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES AS TO
RMI RESOURCE MANAGEMENT, LLC (FIRST REQUEST)

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served May 26, 2026 via CM/ECF, upon all counsel of record.

By: /s/ Nicholas M. Wieczorek
An Employee of Clark Hill, PLLC

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES AS TO RMI RESOURCE MANAGEMENT, LLC (FIRST REQUEST)
CLARKHILL\09999\09998-3204\288004952