**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RUZANNA HOBOSYAN,

Plaintiff

v.

RMI RESOURCE MANAGEMENT, LLC and KMR LLC,

Defendants

Case No.: 2:26-cv-01316-APG-MDC

**Order Denying Motion to Dismiss as Moot**

[ECF No. 14]

In light of the settlement between the plaintiff and defendant RMI Resource Management, LLC (ECF No. 30),

I ORDER that defendant RMI Resource Management, LLC's motion to dismiss **(ECF No. 14) is DENIED as moot**, without prejudice to refiling it if the settlement does not finalize.

DATED this 2nd day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE